24 So.2d 228

**Winnie L. TAYLOR v. STATE.**

**6 Div. 264.**

Court of Appeals of Alabama.

Dec. 4, 1945.

Rehearing Denied Dec. 18, 1945.

Lipscomb & Lipscomb and W. E. Brobston, all of Bessemer, for appellant.

Wm. N. McQueen, Atty. Gen., and MacDonald Gallion, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Phillips v. State, ante, p. 238, 24 So.2d 226.